# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Plaintiff,

v.                                          Case No:  6:22-cv-294-GAP-DCI

BETHANY VARGAS,

        Defendant

---

## ORDER

This cause is before the Court upon review of Plaintiff's Response to Order to Show Cause and Motion to Consolidate (Doc. 9), filed June 22, 2022.

The show cause order Court directed Plaintiff to show cause why this case should not be dismissed for failure to prosecute for failure to serve Defendant within 90 days pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (Doc. 8).  In the response, however, Plaintiff does not address why it failed to comply with this rule.  Instead, Plaintiff moves to consolidate this case with *Bethany Vargas v. State Farm Mutual Automobile Insurance Company*, 6:22-cv-351-GAP-DCI.

The Court having been given no cause as to why Plaintiff failed to prosecute this case, it is

**ORDERED** that this case is **DISMISSED** without prejudice.   The motion to consolidate (Doc. 9) is **DENIED** as moot.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2022.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party